

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-15-00023-CR

_____

JESSICA BOYETT, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 6th District Court
Lamar County, Texas
Trial Court No. 25505

Before Morriss, C.J., Moseley and Burgess, JJ.

## O R D E R

Court reporter Anna M. Upchurch recorded the trial court proceedings in appellate cause number 06-15-00023-CR, styled *Jessica Boyett v. The State of Texas*, trial court cause number 25505 in the 6th Judicial District Court of Lamar County, Texas. The reporter's record was originally due in this matter April 6, 2015. That deadline was extended twice by this Court on Upchurch's request, resulting in the most recent due date of June 5, 2015. Upchurch has now filed a third request seeking an additional extension of the filing deadline.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure that the record in this case is filed in a reasonable amount of time.

Therefore, we overrule Upchurch's third request for an extension of the filing deadline and hereby order her to file the reporter's record in cause number 06-14-00023-CR, styled *Jessica Boyett v. The State of Texas*, trial court cause number 25505 in the 6th Judicial District Court of Lamar County, Texas, to be received by this Court no later than Monday, July 6, 2015.

If the reporter's record is not received by July 6, we warn Upchurch that we may begin contempt proceedings and order her to show cause why she should not be held in contempt of this Court for failing to obey its order.

2

IT IS SO ORDERED.

BY THE COURT

Date:   June 9, 2015